UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JARVIS PROFIT,

Defendant.

**ORDER**

25 Cr. 672 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The arraignment of Defendant Jarvis Profit will take place on **December 16, 2025, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 10, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge