UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| JARVIS PROFIT, | 25 Cr. 672 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for February 4, 2026, at 12:30 p.m. is

adjourned to **February 23, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        January 26, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge