# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 3, 2026

**Via ECF & Hand Delivery**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:     United States v. Jarvis Profit, 1:25-cr-00672-PGG**

Dear Judge Gardephe,

We respectfully write to request approval for Mr. Profit to attend the viewing of a close, longtime family friend who passed away at the end of last week. The viewing will be held this Sunday, February 8, from 3-7 p.m. at R.G. Ortiz Funeral Home located at 2121 Westchester Avenue, Bronx, New York. The program setting forth these details is enclosed as Attachment A.

Mr. Profit's Pretrial Services Officer, Ashley Cosme, has informed undersigned counsel that Mr. Profit has continued to perform well on supervision, and that she has no objection to this request but is unable to approve it without an order from this Court.

We have conferred with counsel for the government, who has advised that the government also has no objection to this request.

Respectfully submitted,

*/s/ Madeline Silva*
Andrew J. Dalack
Madeline M. Silva

Counsel for Jarvis Profit
Federal Defenders of New York

Cc:     Counsel of record (via email)

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated:  Feb 3, 2026