# Federal Defenders

## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 18, 2026

**Via ECF & Hand Delivery**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

*The application is denied.*

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: *Feb. 18, 2026*

Re:    **United States v. Jarvis Profit, 1:25-cr-00672-PGG**

Dear Judge Gardephe,

We respectfully write to request that the Court modify Mr. Profit's release conditions to place him on a curfew rather than home detention. Mr. Profit has now been on home detention for approximately three months. His Pretrial Services Officer, Ashley Cosme, recently reached out to undersigned counsel to advise that Mr. Profit continues to perform well on supervision and that she accordingly would not oppose his placement on a curfew.

Placing Mr. Profit on a curfew would facilitate his ability to continue meeting his employment and parental obligations as well as lighten the burden on Pretrial Services, who agrees that home detention is no longer needed in Mr. Profit's case. Since his release to home detention, Mr. Profit has excelled, including by successfully obtaining employment. He is now working full-time at a call center in the Bronx as well as part-time at a Gopuff distribution center. He is also busy caring for his two young children. He lives with his partner and their seven-month-old son, and he and his partner share the responsibility of caring for their child. Mr. Profit also plays a significant role in his ten-year-old daughter's life and generally picks her up from school in the afternoons.

As noted, Mr. Profit's Pretrial Services Officer has no objection to this request, and in fact proactively reached out to undersigned counsel to inform us that she would not oppose an application to place Mr. Profit on curfew rather than home detention.

Case 1:25-cr-00672-PGG    Document 16    Filed 02/18/26    Page 2 of 2

We have conferred with counsel for the government, who has advised that the government also has no objection to this request.

Respectfully submitted,

*/s/ Madeline Silva*
Andrew J. Dalack
Madeline M. Silva

Counsel for Jarvis Profit
Federal Defenders of New York

Cc:    Counsel of record (via ECF)