UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JARVIS PROFIT,

Defendant.

**ORDER**

25 Cr. 672 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for February 23, 2026 is adjourned to

**February 24, 2026, at 1:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        February 22, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge