UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| JARVIS PROFIT, | 25 Cr. 672 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, Defendant Profit's change-of-plea hearing is adjourned to **March 30, 2026, at 2:00 p.m**., in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

In the interim, the parties will make submissions addressing whether the Defendant should remain on pretrial release after his guilty plea. In particular, the parties will address the applicable legal standard, including whether a violation of 18 U.S.C. § 922(g)(1) qualifies as a "crime of violence" under 18 U.S.C. § 3142(f)(1)(A), such that 18 U.S.C. § 3143(a)(2) rather than 18 U.S.C. § 3143(a)(1) applies following the Defendant's guilty plea. The parties' briefing will also provide background information concerning the Defendant's conviction for assault in the first degree.

The Defendant's supplemental briefing is due by **March 9, 2026**, and the Government's supplemental briefing is due by **March 16, 2026**.

Dated:  New York, New York
        February 24, 2026

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge