# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 12, 2026

**Via ECF & Hand Delivery**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    **United States v. Jarvis Profit, 1:25-cr-00672-PGG**

Dear Judge Gardephe,

We respectfully write to request approval for Mr. Profit to attend his daughter's eleventh birthday celebration this Saturday, March 14. The party, which Mr. Profit is organizing and paying for, will be held at the Sky Zone trampoline park at 444 E 189th St in the Bronx.

Mr. Profit's pretrial services officer, Ashley Cosme, consents to this request. We accordingly ask that the Court permit Mr. Profit to be away from home for a five-hour period on Saturday in order to attend, with the specific timeframe to be approved by Officer Cosme.

We have conferred with counsel for the government, who has advised that the government has no objection to this request.

Respectfully submitted,

*/s/ Madeline Silva*
Andrew J. Dalack
Madeline M. Silva

Counsel for Jarvis Profit
Federal Defenders of New York

Cc:    Counsel of record (via ECF)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: March 12, 2026