# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 2, 2026

MEMO ENDORSED

The application is denied.

**SO ORDERED:**

*Paul J Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: April 2 2026

**Via ECF & Hand Delivery**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Jarvis Profit, 1:25-cr-00672-PGG

Dear Judge Gardephe,

We respectfully write to request approval for Mr. Profit to take Easter photos with his children and go out for a meal this Easter Sunday (April 5, 2026). Specifically, we request approval for Mr. Profit to leave home from 9:30am-2pm to take his children first to Express Photo on 992 Southern Boulevard in the Bronx to take Easter photos, and then to Applebee's at 610 Exterior Street in Bronx Terminal Market for lunch.

Pursuant to its location monitoring policy, which generally prohibits consenting to social events or gatherings for individuals on home detention, Pretrial Services does not consent to this request.

We have conferred with counsel for the government, who has advised that the government does not consent to this request.

Respectfully submitted,

*/s/ Madeline Silva*
Andrew J. Dalack
Madeline M. Silva

Counsel for Jarvis Profit
Federal Defenders of New York

Cc:   Counsel of record (via ECF)