UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>JARVIS PROFIT,<br><br>              Defendant. | **ORDER**<br><br>25 Cr. 672 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The change-of-plea hearing currently scheduled for April 6, 2026, at 2:00 p.m., is adjourned to **April 10, 2026, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of Defendant Jarvis Profit, by and through his counsel, Madeline Silva, and with the consent of the Government, by and through Assistant United States Attorney Jennifer Ong, the time between April 6, 2026, through April 10, 2026, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will provide additional time necessary to give effect to the parties' successful plea negotiations, which will resolve this case.

Dated: New York, New York
      April 2, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge