UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JARVIS PROFIT,

Defendant.

**ORDER**

25 Cr. 672 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing hearing currently scheduled for June 5, 2026, at 2:00 p.m., is adjourned to **August 14, 2026, at 11:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Submissions on behalf of the Defendant are due on July 31, 2026, and the Government's submission is due on August 7, 2026.

Dated:  New York, New York
        May 5, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge