UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JARVIS PROFIT,

Defendant.

**ORDER**

25 Cr. 672 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing hearing currently scheduled for August 14, 2026, at 11:00 a.m., is adjourned to **August 14, 2026, at 11:30 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 13, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge